IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA

DARRIS BOSTIC,                              CASE NO.:

    Plaintiff,

v.

CRACKER BARREL OLD COUNTRY
STORE, INC., a Foreign Profit Corporation,

    Defendant.
_____/

## **COMPLAINT**

Plaintiff, DARRIS BOSTIC, (hereinafter "Plaintiff"), by and through undersigned counsel, sues Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., a Foreign Profit Corporation, (hereinafter "Defendant"), and alleges as follows:

1. This is an action for damages that exceed Fifty Thousand ($50,000.00) Dollars, exclusive of interest and costs.

2. At all times material hereto, Plaintiff is and was a resident of Broward County, Florida and is otherwise *sui juris*.

3. At all times material hereto, Defendant was and is an active Foreign Profit Corporation authorized to and conducting business in the State of Florida.

4. That on or about October 15, 2023, Defendant owned, operated, maintained and/or controlled the restaurant commonly known as Cracker Barrel, located at 7878 W. Irlo Bronson Memorial, Kissimmee, Osceola County, Florida.

5. Venue is proper in Osceola County, Florida because the Defendant's restaurant is in this county and the events that resulted in Plaintiff's injury that is the subject matter of this lawsuit occurred there.

## GENERAL ALLEGATIONS

6. On or about October 15, 2023, Plaintiff was a business invitee lawfully in Defendant's restaurant that is open to the public.

7. On or about October 15, 2023, Plaintiff, while eating in Defendant's dining room, was hit in the back of the head by a tray of plates carried by one of Defendant's employees.

8. Plaintiff and his family were seated at a table too small for them and the Plaintiff was seated in a crowded area on the aisle.

9. The improper seating in a busy aisle by the Defendant constituted a dangerous/hazardous condition.

10. As a result of the Defendant's failure to properly seat the Plaintiff in a safe and reasonable manner, and/or warn the Plaintiff of the dangerous and hazardous condition created by Defendant, the Plaintiff suffered serious injuries.

11. All conditions precedent to the filing of this lawsuit have been satisfied, met and/or waived.

## COUNT I – CLAIM FOR NEGLIGENCE AGAINST DEFENDANT

Plaintiff realleges and reavers each and every allegation contained in Paragraphs 1 through 11 above as if fully contained herein, and further alleges:

12. Defendant, as owner of Cracker Barrel, and by and through its agents and employees, owed a duty to Plaintiff to maintain and keep the property in a reasonably safe condition and further, to warn Plaintiff of the existing dangerous and hazardous condition it knew, or in the exercise of reasonable care, should have known existed.

13. The Defendant breached its duty to the Plaintiff and was negligent in one or more of the following ways:

    a. By creating a dangerous condition on its property;

    b. By allowing the dangerous and hazardous condition to exist on its property, which business invitees, such as Plaintiff, would be affected by, thereby creating a dangerous and hazardous condition;

    c. By failing to correct or remedy the dangerous and hazardous condition, although Defendant knew, or in the exercise of reasonable care, should have known existed;

    d. By representing to its business invitees, including Plaintiff, that its premises was safe and suitable when, in fact, it was not;

    e. By failing to provide adequate warnings and/or other reasonable notice of the dangerous and hazardous condition to its business invitees, including Plaintiff, although Defendant knew, or in the exercise of reasonable care, should have known existed.

    f. By failing to have policies and procedures in place to adequately address preventing or remedying the dangerous and hazardous conditions such as the one described herein; and/or

    g. By failing to adequately train and/or supervise its employees in maintaining a safe location and/or remedy dangerous and hazardous conditions such as the one described herein.

14. The dangerous and hazardous condition was caused by the Defendant and had existed for a sufficient length of time so that the Defendant should have been aware of it.

15. As a result of the Defendant's negligence, the Plaintiff suffered serious bodily injuries and resulting pain and suffering, disability, physical impairment, disfigurement, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of

hospitalization, medical and nursing care and treatment, loss of the ability to perform household services and/or aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, DARRIS BOSTIC, demands judgment against Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus taxable costs and for any such other relief the Court may deem just and proper.

Plaintiff demands a trial by jury on all issues so triable.

DATED this 6th day of June, 2025.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
*Attorneys for Plaintiff*
Post Office Box 272789
Boca Raton, FL 33427
Telephone (561) 826-5200
Facsimile (561) 826-5201


By: /s/ Aaron Williams
    Aaron T. Williams, Esquire
    Florida Bar No. 99224
    service@thebermanlawgroup.com
    awilliams@thebermanlawgroup.com