UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRIS BOSTIC,                                        CASE NO.: 6:25-cv-01860-PGB-LHP

      Plaintiff,

v.

CRACKER BARREL OLD COUNTRY
STORE, INC., a Foreign Profit Corporation.

      Defendant.

_____/

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

_____IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**___X__IS NOT**    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 14, 2025.

By: */s/ Matthew T. Moore*

Matthew T. Moore, Esq.
Florida Bar No.:  70034
mmoore@thebermanlawgroup.com
service@thebermanlawgroup.com

Aaron T. Williams, Esquire
Florida Bar No. 99224
awilliams@thebermanlawgroup.com
service@thebermanlawgroup.com

BERMAN LAW GROUP
Attorneys for Plaintiff
P.O. Box 272789
Boca Raton, FL 33427
Telephone:  561-826-5200
Facsimile:  561-826-5201

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 14th 2025, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system which will send a Notice of Electronic Filing to: Russell F. Bergin, Esquire (russ@berginlaw.com) (eservice@berginlaw.com) Law Office of Russell F. Bergin, P.A., 698 W. Highway 50, Clermont, Florida 34711-2921.

By: <u>/s/ Matthew T. Moore</u>
Matthew T. Moore, Esq.
Florida Bar No. 70034